ORDERED in the Southern District of Florida on _Dec. 10, 2015_



_____
Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

RAFAEL ANTONIO ALVARADO

Case No. 15-25633-RAM
Chapter 13

Debtor.
_____/

### ORDER GRANTING SPACE COAST'S MOTION TO RECONSIDER ORDER AND DENYING MOTION TO VALUE

**THIS MATTER** came before the Court on December 8, 2015 upon Secured Creditor, Space Coast Credit Union's ("Space Coast") Motion to Reconsider the Court's Order Granting Debtor's Motion to Value and Determine Secured Status of Lien on Real Property held by Space Coast (the "Motion") [D.E. 38]. The Court has considered the Motion and heard argument of counsel. Being fully advised in the premises, and for the reasons more particularly stated in Court on the record, it is

**ORDERED** that:

1. Space Coast's Motion is GRANTED.

2. The Order Granting Debtor's Motion to Value and Determine Secured Status of

*KM*

*— and the Motion to Value [DE #13] is denied because*

Lien on Real Property held by Space Coast (the "Order") [D.E. 33] is VACATED as the Debtor and his non-filing spouse owned the subject real property as tenants by the entirety as of the date of the Debtor's bankruptcy filing.

# # #

Submitted by:

Alexis S. Read, Esq.
BLAXBERG, GRAYSON & KUKOFF, P.A.
Attorneys for Space Coast Credit Union
25 Southeast Second Avenue, Suite 730
Miami, Florida 33131
Phone: (305) 381-7979 x 317
Fax:    (305) 371-6816
E-mail alexis.read@blaxgray.com

*Attorney Alexis S. Read shall serve a copy of this Order on all interested parties and shall file a Certificate of Service for the same.*